# Third District Court of Appeal

## State of Florida

Opinion filed June 15, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1780
Lower Tribunal No. 13-2431 SP
_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Millennium Radiology, LLC,**
**d/b/a Millennium Open MRI,**
**a/a/o Denisa Hernandez,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale), for appellee.


Before FERNANDEZ, C.J., and GORDO and BOKOR, JJ.

GORDO, J.

United Automobile Insurance Company appeals a final summary judgment entered in favor of Millennium Radiology, LLC. We have jurisdiction. Fla. R. App. P. 9.030(b)(1)(A). United Auto argues on appeal that "the identity of the parties" element of collateral estoppel is not met where the assignees and medical providers are identical but the insured or assignor is different. While we recognize that the trial court was without the benefit of our decision in United Auto. Ins. Co. v. Millennium Radiology, LLC, 47 Fla. L. Weekly D175a (Fla. 3d DCA Jan. 12, 2022) at the time judgment was rendered, we nonetheless agree. Accordingly, we reverse and remand.

Reversed and remanded.